**FILED**
Jul 06, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GERARDO PEREZ, et al., <br><br> Defendant. | CASE NO. 1:21-mj-00071-EPG <br><br> **UNDER SEAL** <br><br> ORDER SEALING COMPLAINT AND ARREST WARRANTS |

The United States having applied to this Court for search warrants in the above-captioned proceedings and having applied for the search warrants to remain under seal in order to prevent interference with law enforcement's ongoing investigation and the apprehension of the defendants,

IT IS ORDERED that the complaint and arrest warrants filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: July 6, 2021

_____
Honorable Erica P. Grosjean
UNITIED STATES MAGISTRATE JUDGE