Richard A. Beshwate, Jr., Esq., (SBN 179782)
LAW OFFICE OF RICHARD A. BESHWATE, JR.
1330 L Street, Suite D
Fresno, CA 93721
Phone: (559) 266-5000
Email: attybesh@gmail.com

Attorney for Defendant
**LUIS PEREZ**

FILED
AUG 3 1 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:21-CR-00185 NONE-SKO-3 |
|---|---|
| Plaintiff, | **ORDER FOR RECONVEYANCE OF CASH BOND** |
| v. | |
| LUIS PEREZ, | |
| Defendant. | |

On July 16, 2021, Defendant Luis Perez posted a cash bond, Receipt Number CAE100048791, and was released from custody.

On August 10, 2021, Mr. Perez posted a bond secured by property, Deed of Trust Number 2021-0127237, to replace the cash bond.

**ORDER**

Good cause appearing, it is hereby ordered that the cash bond be reconveyed to Luis Perez.

**IT IS SO ORDERED.**

Dated: 8/31/21

E.P. GROSJEAN
United States District Judge

1