Richard A. Beshwate, Jr., Esq., (SBN 179782)
LAW OFFICE OF RICHARD A. BESHWATE, JR.
1330 L Street, Suite D
Fresno, CA 93721
Phone: (559) 266-5000
Email: attybesh@gmail.com

Attorney for Defendant
**LUIS PEREZ**

FILED

SEP 14 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>LUIS PEREZ,<br><br>　　　　Defendant. | Case No.: 1:21-cr-00185 NONE-SKO-3<br><br>**ORDER TO<br>EXONERATE CASH BOND** |

On July 16, 2021, Surety Alyssa Saldate posted a cash bond for Defendant Luis Perez, Receipt Number CAE100048791, and Luis Perez was released from custody.

On August 10, 2021, Mr. Perez posted a bond secured by property, Deed of Trust Number 2021-0127237, to replace the cash bond.

### ORDER

Good cause appearing, it is hereby ordered that the cash bond be exonerated and returned to Surety Alyssa Saldate.

**IT IS SO ORDERED.**

Dated: 9/14/21

E.P. GROSJEAN
United States District Judge

1