PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00185-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE DATE, SET THE MATTER FOR A CHANGE OF PLEA, AND EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; ORDER |
| v. | |
| LUIS PEREZ, | |
| Defendant. | DATE: January 24, 2024<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 24, 2024.

2. On January 8, 2024, the Court issued a Minute Order (Dkt. 106) directing the parties to be prepared to set a trial date at the status conference. However, the parties request the Court allow them to stipulate to and request a change of plea date of February 5, 2024 before the Honorable Jennifer L. Thurston.

3. Based on the above-stated findings, the ends of justice served by continuing the case for a change of plea as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

STIPULATION TO VACATE STATUS CONFERENCE DATE, SET THE MATTER FOR TRIAL, AND EXCLUDE TIME.

1

within which trial must commence, the time period of January 24, 2024 to February 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.  The parties agree and stipulate, and request that the Court find the following:

  a) The government represents that the discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

  b) The parties anticipate the defendant entering a change of plea on February 5, 2024.

6.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: January 16, 2024

/s/ RICHARD BESHWATE
RICHARD BESHWATE
Counsel for Defendant
LUIS PEREZ

STIPULATION TO VACATE STATUS CONFERENCE DATE,
SET THE MATTER FOR TRIAL, AND EXCLUDE TIME.

# **ORDER**

IT IS SO ORDERED that the status conference set for January 24, 2024, is vacated. A change of plea hearing is set for **February 5, 2024, at 9:00 a.m. in Courtroom 4 before the District Judge Jennifer L. Thurston**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __**January 17, 2024**__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO VACATE STATUS CONFERENCE DATE,
SET THE MATTER FOR TRIAL, AND EXCLUDE TIME.

3