1  RICHARD BESHWATE, SBN 179782
2  Attorney at Law
   1330 L Street, Suite D
3  Fresno, CA 93721
   (559) 266-5000
4

5

6
                    UNITED STATES DISTRICT COURT
7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,           **Case No.  1:21-CR-0185-JLT-BAM**

10              Plaintiff,               STIPULATIO2N AND ORDER TO
                                         CONTINUE CHANGE OF PLEA HEARING
11       v.

12  LUIS PEREZ,

13              Defendant.

14

15       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

16  counsel, RICHARD BESHWATE, JR, attorney for Defendant LUIS PEREZ and KIMBERLY

17  SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for

18  Monday August 26, 2024, at 10:00 a.m. shall be continued until October 28, 2024, at 9:00a.m.

19  The parties are further exploring forfeiture issues, and that may impact the plea agreement, and

20  more time is needed to review, research and discuss the information with Mr. Perez.

21       The parties stipulate and agree that the interests of justice are served by granting this

22  continuance and outweigh the best interests of the public and the defendant in a speedy trial.  18

23  U.S.C. §3161(h)(7)(A).

24  ///

25  ///

26  ///

27  ///

28

Dated: August 22, 2024 				Respectfully submitted,

\s\ Richard A. Beshwate
RICHARD BESHWATE
Attorney for Defendant,
LUIS PEREZ

Dated: August 22, 2024 				Respectfully submitted,

\s\Kimberly Sanchez
Kimberly Sanchez
Assistant U.S. Attorney

## **ORDER**

The sentencing hearing as to the above-named defendant currently scheduled for Tuesday August 26, 2024, at 9:00 a.m., is continued until Monday October 28, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **August 23, 2024**

UNITED STATES DISTRICT JUDGE