1  RICHARD BESHWATE, SBN 179782
2  Attorney at Law
   1330 L Street, Suite D
3  Fresno, CA 93721
   (559) 266-5000
4

5

6
                    UNITED STATES DISTRICT COURT
7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            Case No.  1:21-CR-00185-JLT-BAM

10         Plaintiff,                   STIPULATION AND ORDER TO
                                        CONTINUE CHANGE OF PLEA HEARING
11     v.

12 LUIS PEREZ,

13         Defendant.

14

15
       IT IS HEREBY STIPULATED by and between the parties hereto through their respective
16
   counsel, RICHARD BESHWATE, JR, attorney for Defendant LUIS PEREZ and KIMBERLY
17
   SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for January
18
   13, 2025, at 9:00 a.m. shall be continued until March 31, 2025, at 9:00 a.m.
19
       The defense needs additional time to prepare for the Change of Plea, specifically Mr.
20
   Perez needs additional time to enable himself an alternative to forfeiting the family's home, and
21
   the parties agree that good cause exists for the continuance. The parties stipulate and agree that
22
   the interests of justice are served by granting this continuance and outweigh the best interests of
23
   the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).
24

25
   Dated:  January 8, 2025                          Respectfully submitted,
26

27
                                                    \s\ Richard A. Beshwate
28                                                  RICHARD BESHWATE

                                                  Attorney for Defendant,
LUIS PEREZ

Dated: January 8, 2025                      Respectfully submitted,


                                                  \s\Kimberly Sanchez
Kimberly Sanchez
Assistant U.S. Attorney

## ORDER

The Change of Plea hearing as to the above-named defendant currently scheduled for January 13, 2025, at 9:00 a.m., is continued until March 31, 2025, at 9:00 a.m. For the reasons set forth in the stipulation, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:   **January 8, 2025**                                _____
UNITED STATES DISTRICT JUDGE