RICHARD BESHWATE, SBN 179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUIS PEREZ,<br><br>　　　　Defendant. | Case No.  1:21-CR-00185-JLT-BAM<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant LUIS PEREZ and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for March 31, 2025, at 9:00 a.m. shall be continued until April 28, 2025, at 9:00 a.m.

　　　The defense needs additional time to prepare for the Change of Plea, specifically Mr. Perez needs additional time to enable himself an alternative to forfeiting the family's home, and the parties agree that good cause exists for the continuance. The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated:  March 24, 2025　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　\s\ Richard A. Beshwate
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD BESHWATE
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　　LUIS PEREZ

Dated: March 24, 2025                    Respectfully submitted,


\s\Kimberly Sanchez
Kimberly Sanchez
Assistant U.S. Attorney


**ORDER**

For the reasons set forth in the stipulation the change of plea hearing as to the above-named defendant currently scheduled for March 31, 2025, at 9:00 a.m., is continued until, April 28, 2025, at 9:00 a.m. and time, under the Speedy Trial Act is excluded through April 28, 2025.

IT IS SO ORDERED.

Dated:   **March 24, 2025**                              _____
UNITED STATES DISTRICT JUDGE