RICHARD A. BESHWATE, JR.  SBN 179782
Attorney at Law
1330 L Street  Suite D
Fresno CA 93721
(559)  266-5000

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>LUIS PEREZ,<br><br>　　　　　Defendant | Case No.: 1:21-CR-00185-JLT-BAM<br><br>STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant LUIS PEREZ between Assistant United States Attorney KIMBERLY SANCHEZ, that the property currently securing the bond in place for defendant LUIS PEREZ, Fresno, CA 93706, DOT# 2021-0127237, may be reconveyed to LUIS PEREZ , and that such bond shall be substituted with the property located at Fresno, CA 93706, DOT#2025-0065847.

　　　Said property is owned by Alyssa Saldate, and the proposed bond package has been submitted to the United States Attorney's Office and is ready for filing with the Court. Upon approval by the Court, the current Deed of Trust #2021-0127237 may be reconveyed, and the new Deed of Trust  #2025-0065847 and supporting documentation shall secure the bond for Mr. Perez.

Dated: July 20, 2025

\s_____
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: July 20, 2025

\s_____
RICHARD A. BESHWATE, JR.
Attorney for Defendant Luis Perez

ORDER

IT IS SO ORDERED. The Court approves the above stipulation. The property at Fresno, CA, 93706, DOT# 2021-0127237, currently securing the bond for defendant Luis Perez shall be reconveyed and released to Luis Perez, and the property located at Fresno, CA 93706 DOT# 2025-0065847 shall substitute as the security for the bond upon filing of the appropriate documentation.

Dated: July 22, 2025

_____
HON. JENNIFER L. THURSTON
United States District Judge