RICHARD BESHWATE, SBN 179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LUIS PEREZ,<br><br>　　　　　Defendant. | Case No.  1:21-CR-00185-JLT-BAM<br><br>STIPULATION_AND PROPOSED ORDER TO CONTINUE CHANGE OF PLEA HEARING |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant LUIS PEREZ and MICHAEL TIERNEY, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for August 18, 2025, at 9:00 a.m. shall be continued until, November 10, 2025, at 9:00 a.m.

　　　　The defense needs additional time to prepare for the Change of Plea, specifically Mr. Perez needs additional time to enable himself an alternative to forfeiting the family's home, and the parties agree that good cause exists for the continuance. The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: August 13, 2025                           Respectfully submitted,


                                                 \s\ Richard A. Beshwate

                                                 RICHARD BESHWATE
                                                 Attorney for Defendant, LUIS PEREZ


Dated: August 13, 2025                           Respectfully submitted,


                                                 \s\Michael Tierney

                                                 MICHAEL TIERNEY
                                                 Assistant U.S. Attorney


## ORDER

The Change of Plea hearing as to the above-named defendant currently scheduled for August 18, 2025, at 9:00 a.m., is continued until November 10, 2025, at 9:00 a.m.  The Court finds that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial and accordingly excludes the period from August 18 to October 6 under the Speedy Trial Act.  18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:  August 14, 2025                          _____
                                                 United States District Court Judge
                                                 Jennifer L. Thurston