1  RICHARD BESHWATE, SBN  179782
   Attorney at Law
2  1330 L Street, Suite D
   Fresno, CA 93721
3  (559) 266-5000

4

5                    UNITED STATES DISTRICT COURT

6           FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8
                                    **Case No. 1:21-CR-00185-JLT-BAM**
9

10  UNITED STATES OF AMERICA,

                                    STIPULATION AND ORDER TO
11          Plaintiff,              CONTINUE SENTENCING HEARING

12
        v.
13

14  LUIS PEREZ,

15          Defendant.

16

17      IT IS HEREBY STIPULATED by and between the parties hereto

18  through their respective counsel, RICHARD BESHWATE, JR, attorney

19  for Defendant LUIS PEREZ and , Assistant U.S. Attorney KIMBERLY

20  SANCHEZ for the Plaintiff, that the hearing currently scheduled

21  for January 12, 2025, at 9:00 a.m. shall be continued until,

22  April 6, 2026 at 9:00 a.m.

23      The defense needs additional time to prepare for the

24  sentencing hearing, as additional time is needed to gather

25  relevant information in support of Mr. Perez. Defense counsel has

26  been fighting "the Flu" which has created a need for additional

27  time to present all relevant factors. The parties agree that good

28  cause exists for the continuance. The parties stipulate and agree

1   that the interests of justice are served by granting this

2   continuance and outweigh the best interests of the public and the

3   defendant in a speedy trial.   18 U.S.C. §3161(h)(7)(A).

4

5   Dated: January 6, 2026

6

7         Respectfully submitted,

8
                                    \s\ Richard A. Beshwate
9                                   RICHARD BESHWATE
                                    Attorney for Defendant,
10                                  LUIS PEREZ

11

12

13  Dated: January 6, 2026

14

15        Respectfully submitted,

16
                                    \s\Kimberly Sanchez
17                                  Kimberly Sanchez
                                    Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26

27

28

1              **ORDER**

2

3       The Sentencing hearing as to the above-named defendant

4    currently scheduled for January 12, 2025, at 9:00 a.m. shall be

5    continued until, April 6, 2026 at 9:00 a.m.

6

7    IT IS SO ORDERED.

8       Dated:   **January 8, 2026**

9                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28