RICHARD BESHWATE, SBN  179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br> LUIS PEREZ,<br><br>        Defendant. | **Case No. 1:21-CR-00185-JLT-BAM**<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING HEARING |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant LUIS PEREZ and Assistant U.S. Attorney KIMBERLY SANCHEZ for the Plaintiff, that the hearing currently scheduled for April 6, 2026, at 9:00 a.m. shall be continued until, April 20, 2026 at **11:00** a.m, or the earliest date thereafter.

     Defense counsel recently finished a long murder trial, and additional time is needed for the parties to properly address the issues at the sentencing hearing. The parties agree that good cause exists for the continuance. The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the

defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: March 31, 2026

    Respectfully submitted,

                \s\ Richard A. Beshwate
                RICHARD BESHWATE
                Attorney for Defendant,
                LUIS PEREZ

Dated: March 31, 2026

    Respectfully submitted,

                \s\Kimberly Sanchez
                Kimberly Sanchez
                First Assistant U.S. Attorney

**ORDER**

    The  Sentencing  hearing  as  to  the  above-named  defendant currently  scheduled  for  April  6,  2026,  at  9:00  a.m.  shall  be continued until, April 20, 2026 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **April 1, 2026**

UNITED STATES DISTRICT JUDGE