ERIC GRANT
United States Attorney
KIMBERLY A. SANCHEZ
First Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00185-JLT-EPG |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| LUIS PEREZ, | |
| Defendant. | |

On or about July 11, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Luis Perez forfeiting to the United States the following property:

      a.  A sub *res*, in the amount of $40,000.00 in lieu of the real property located at 943 W. Myers Avenue, Fresno, California, APN: 464-164-04.

Pursuant to the Preliminary Order of Forfeiture, the Court ordered Luis Perez to pay the $40,000.00 sub *res* prior to the imposition of sentence.  The Order required Luis Perez to make the $40,000.00 sub *res* payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.

On October 22, 2025, defendant Luis Perez inadvertently paid the $40,000.00 sub *res* to the Clerk of the Court by check #3022129914.

1

Beginning on October 28, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Luis Perez.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The Clerk of the Court shall disburse the $40,000.00 deposited on October 22, 2025, plus any interest that may have accrued on that amount, to the U.S. Marshals Service.  The Clerk of the Court shall waive any and all service fees on the $40,000.00 deposit.

4.    The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this ____10th____ day of ____June_____, 2026.


JENNIFER L. THURSTON
United States District Judge

Final Order of Forfeiture